**LAWRENCE C. HERSH**
Attorney at Law
17 Sylvan Street, Suite 102B
Rutherford, NJ  07070
(201) 507-6300
*Attorney for Plaintiff, on behalf of herself and all others similarly situated*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EILEEN GREENE, on behalf of herself and all others similarly situated, | |
| Plaintiff, | Civil Action No. 2:17-cv-1700-MCA-SCM |
| vs. | |
| J.C. CHRISTENSEN & ASSOCIATES, INC. and LVNV FUNDING LLC, | **NOTICE OF JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon Notice of this Joint Motion, Plaintiff Eileen Greene, individually and on behalf of the class, by her undersigned counsel, and Defendants J.C. Christensen & Associates, Inc., now known as Alltran Health, Inc., and LVNV Funding LLC, by their counsel, shall move this Honorable Court, at a date and time to be determined by the Court, for entry of an Order granting final approval of the within proposed class settlement and related relief.

Plaintiff and Defendants shall rely upon the enclosed brief, exhibits and declarations of Lawrence Hersh, Esq. and Bailey Hughes (claims administrator) in

support of the motion. A copy of the proposed Order is attached hereto.

DATED: September 8, 2020

                                          *s/ Lawrence Hersh*
                                          Lawrence Hersh, Esq.
                                          *Class Counsel*

                                          *s/ Joseph L Linares*
                                           Joseph L. Linares
                                           *Attorneys for Defendants*